UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNIITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Cause No. 4:07CR736(JCH) |
| | ) |
| DAMITRIUS JACKSON, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Due to conflict of interest, this Court hereby recuses itself from this case. This case will be reassigned to another Judge.

This cause has been reassigned to the Honorable Catherine D. Perry, United States District Judge.

Dated this 7th day of February, 2008.

\s\ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE